No. 94–9027. DE LA ROSA *v.* SCULLY, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied. 

No. 94–9028. HERBST *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied. 

No. 94–9029. CLARK *v.* O'SULLIVAN, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 94–9030. ARNOLD *v.* BOATMEN'S TRUST CO. C. A. 8th Cir. Certiorari denied.

No. 94–9031. BETHEA *v.* ABRAMAJTYS, WARDEN. C. A. 6th Cir. Certiorari denied. 

No. 94–9049. FONTAN *v.* IEYOUB, ATTORNEY GENERAL OF LOUISIANA. C. A. 5th Cir. Certiorari denied.

No. 94–9052. FOTTLER *v.* AINSWORTH ET AL. C. A. 10th Cir. Certiorari denied. 

No. 94–9053. HABURN ET AL. *v.* UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA. C. A. 4th Cir. Certiorari denied. 

No. 94–9063. MORGAN *v.* MACDONALD ET AL. C. A. 9th Cir. Certiorari denied. 

No. 94–9075. SPENCER *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied. 

No. 94–9113. HENRY *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied. 

No. 94–9136. BOYDEN *v.* RUBIN ET AL. C. A. 9th Cir. Certiorari denied. 

No. 94–9147. ROMERO *v.* TANSY, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied. 

No. 94–9179. RATTLER *v.* OFFICE OF PERSONNEL MANAGEMENT, RETIREMENT OPERATIONS CENTER. C. A. D. C. Cir. Certiorari denied.